**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Donald Runnels
Tensas Detention Center DOC No. 187611
8606 Hwy 65
Waterproof, LA 71375

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 19, 2023

**REHEARING ACTION: July 19, 2023**


**Docket Number: 23   00055-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD RUNNELS**

**Writ Application from Allen Parish Case No. 2010-5578**


<u>**BEFORE JUDGES**</u>:

   **Hon. D. Kent Savoie**
   **Hon. Charles G. Fitzgerald**
   **Hon. Gary J. Ortego**


As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Donald Runnels** is:

   <u>**REHEARING DENIED**</u>.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.


cc: Hon. Joe Green, Counsel for  the Respondent